AO 450 (SCD 04/2010)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| Rikam Ikkesh Dozier | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No.  4:16-cv-712-TMC |
| Laura E. Caldwell, Warden | ) |
| *Defendant* | ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($__), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

■ other: This petition is dismissed with prejudice for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Accordingly, the court declines to issue a certificate of appealability.

This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.

☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.

■ decided by the Honorable Timothy M. Cain, United States District Judge. The court adopt the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:  September 13, 2016                      *CLERK OF COURT*

                                               s/Debbie Stokes

                                               *Signature of Clerk or Deputy Clerk*